AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Richard Haynes<br>*Defendant* | )<br>)<br>)   Case No.   2:26-cr-20249 BCL/tmp<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Christopher Richard Haynes                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 912 - False personification - Officer or employee of US
18 U.S.C. § 1001 - Fraud/false statements or entries generally

Date:   06/08/2026

City and state:   MEMPHIS, TENNESSEE

/s/ Charmiane G. Claxton
4:06 PM, Jun 8, 2026
*Issuing officer's signature*

Charmiane G. Claxton - U.S. Magistrate Judge
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* 06/08/2026 , and the person was arrested on *(date)* 06/09/2026
at *(city and state)* Memphis, TN

Date: 06/09/2026

*Arresting officer's signature*

DUSM Patrick Endrikat
*Printed name and title*